AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of ALABAMA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| RODERICK DURELL BAKER ) | Case No: 3:94CR00114-011-TMH |
| ) | USM No: 09381-002 |
| Date of Previous Judgment: 7/11/1996 ) | Patricia Kemp |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  121  months **is reduced to**  120 months .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   32           Amended Offense Level:   30
Criminal History Category:   I         Criminal History Category:   I
Previous Guideline Range:   121  to  151  months    Amended Guideline Range:   120  to  121  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐
X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X Other (explain):   Statutory mandatory minimum sentence.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated  7/11/1996  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   9/12/2008

Effective Date: _____
(if different from order date)

_Truman Hobbs_
Judge's signature

TRUMAN HOBBS, SENIOR U.S. DISTRICT JUDGE
Printed name and title